UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTOINETTE DIXON, as Personal
Representative of the Estate of
ROBERT L. DIXON,

    Plaintiff,                                   Case No.: 8:15 CV 1806-T-23-JSS

v.

NYK REEFERS LTD., a foreign
corporation, COOL CARRIERS AB,
a foreign corporation, and
NYK COOL AB, a foreign corporation,

    Defendant.
_____/

## MEDIATION REPORT

In accord with the mediation order, a mediation occurred on **February 23, 2016.**

(a)    The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

| | |
|---|---|
| √ | All individual parties and their respective trial counsel. |
| √ | Designated corporate representatives. |
| √ | Required claims professionals. |

**(b)**    The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate:  **None.**

(c) The result of the mediation:

_____   The action completely settled. In accord with Local Rules 3.08 and 9.06(b), lead counsel must notify the Court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the mediator.

Comments:

_____   The action partially resolved. Lead counsel must file within ten days a joint stipulation resolving the settled claims. The following issues remain:

Comments:

_____   The action neither settled nor failed to settle.

Comments:

__√__   **The parties failed to settle**.

Comments:

Reported on February 23, 2016, in Tampa, Florida.

    *s/Robert M. Daisley*
Robert M. Daisley, Certified Federal Mediator
ROBERT MICHAEL DAISLEY, P.A.
4006 S. MacDill Ave.
Tampa, FL  33611
(813) 835-7722
(813) 489-2988 (fax)
rob@daisleymediation.com

cc: Counsel of record (via CM/ECF)